**MILLSTEIN & ASSOCIATES PC**
David J. Millstein
Email: dmillstein@millstein-law.com
California Bar No. 87878
100 The Embarcadero, Ste Penthouse
San Francisco, CA 94105
Telephone: 415-348-0348
Facsimile: 415-348-0336

**WALLACE AND GRAHAM, P.A.**
Mona Lisa Wallace, N.C. State Bar #9021*
Email: Mwallace@wallacegraham.com
John Hughes, N.C. State Bar # 22126*
Email: Jhughes@wallacegraham.com
Olivia Smith, N.C. State Bar # 58375*
Email: Osmith@wallacegraham.com
525 N. Main Street
Salisbury, NC 28144
Telephone: (704) 633-5244
Facsimile:  800-849-5291
*pro hac vice application to be filed

*Attorneys for Plaintiff:*
CARLO REYES, M.D.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO REYES, M.D., individually and on behalf of a class of those who are similarly situated, | ) ) ) Case No. 2:24-CV-06315-AB-RAO |
| Plaintiff(s), | ) ) ) NOTICE OF |
| | ) VOLUNTARY |
| | ) DISMISSAL |
| HCA HEALTHCARE, INC. and LOS ROBLES REGIONAL MEDICAL CENTER, | ) PURSUANT TO ) F.R.C.P. 41(a)(1)(A)(i) |
| | ) |
| Defendants. | ) |

1    Please take notice, this action is dismissed by the Plaintiff in its entirety.

2    This dismissal without prejudice is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

3

4    Dated:   December 10, 2024.

5

6                                    /s/ David J. Millstein
7                                    **MILLSTEIN & ASSOCIATES PC**
                                     David J. Millstein
8                                    Email: dmillstein@millstein-law.com
9                                    California Bar No. 87878
                                     100 The Embarcadero, Ste Penthouse
10                                   San Francisco, CA 94105
11                                   Telephone: 415-348-0348
                                     Facsimile: 415-348-0336
12

13                                   **WALLACE AND GRAHAM, P.A.**
                                     Mona Lisa Wallace, N.C. State Bar #9021*
14                                   Email: Mwallace@wallacegraham.com
15                                   John Hughes, N.C. State Bar # 22126*
                                     Email: Jhughes@wallacegraham.com
16                                   Olivia Smith, N.C. State Bar # 58375*
17                                   Email: Osmith@wallacegraham.com
                                     525 N. Main Street
18                                   Salisbury, NC 28144
19                                   Telephone: (704) 633-5244
                                     Facsimile:  800-849-5291
20                                   *pro hac vice application to be filed*
21
                                     *Attorneys for Plaintiff*
22

23

24

25

26

27

28

2